**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-62171-LEIBOWITZ/AUGUSTIN-BIRCH**

**NICHOLAS PAGAN**,

      *Plaintiff*,

*v.*

**DARCY FLORIDA LLC**,

      *Defendant*.

_____/

## ORDER

The parties filed a Joint Stipulation for Dismissal with Prejudice [ECF No. 10].  Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs.  The Clerk of Court is directed to **CLOSE** this case.  All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

      **DONE AND ORDERED** in the Southern District of Florida on December 23, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record